## Case No. 12,382.

### SAVAGE v. The BUFFALO.

[Cited in Serg. Const. Law, 202, note. No-where reported; opinion not now accessible.]